| Howard M. S. Hu, Chapter 13 Trustee<br>1132 Bishop Street, Suite 301<br>Honolulu, Hawaii 96813<br>Telephone: (808) 526-3083   Fax: (808) 531-8844 | For court use only |
|---|---|
| **UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF HAWAII** | Case No.:  14-00476<br>Chapter 13 |
| Debtor:       KORI JORDAN<br>and, if any,<br>Joint Debtor:   TANGELA JORDAN | |

### TRUSTEE'S NOTICE OF CLAIMS FILED AND INTENT TO MAKE DISTRIBUTIONS

TO THE DEBTOR AND DEBTOR'S ATTORNEY OF RECORD: VAN-ALAN H. SHIMA, ESQ.

The time for creditors to file timely proofs of claim has expired.  Attached is a schedule of claims that have been filed in your case. This is being provided for informational purposes only and no representation is made that the claims are accurate in classification or amount.  Pursuant to the Guidelines for Chapter 13 Procedures, the debtor and the debtor's attorney have a duty to examine the claims and to file an objection to the allowance of any improper claim.

Distributions under the plan will be made according to the classification and amount of claims as stated in the attached schedule, subject to a claim being amended, withdrawn, disallowed, or reclassified.  Actual distributions are also subject to court determinations on valuation of collateral, avoidance of liens, stipulations allowing late-filed claims, and allowance of attorney fees. A creditor not filing a claim will not receive distributions under the plan.

An objection to a claim shall be filed and served not later than 30 days after the date of this notice, and set for hearing on the next date available for hearing Chapter 13 matters, in order to suspend payment on the claim pending a determination on the objection.  If the objection is overruled, the court may provide for payment of any dividends not paid while the objection was pending.  An objection may be filed later than 30 days after the service of this notice, but payments on the claim will continue, pending a determination on the objection.

Dated:  September 29, 2014                           /s/ Howard M. S. Hu
                                                                        Chapter 13 Trustee

U.S. Bankruptcy Court - Hawaii   #14-00476   Dkt # 26   Filed  09/29/14   Page 1 of 3

| Debtor: | KORI | JORDAN |
| Joint Debtor: | TANGELA | JORDAN |
| Case Number: | 14-00476 | |

| Creditor Name | Claim | Secured/Admin | Priority Unsecured | General Unsecured |
|---|---|---|---|---|
| CREDIT MANAGEMENT, LP | 001 | $0.00 | $0.00 | $221.54 |
| PIONEER MILITARY LENDING DIV | 002 | $0.00 | $0.00 | $5,645.78 |
| OMNI FINANCIAL | 003 | $0.00 | $0.00 | $9,851.16 |
| SANTANDER CONSUMER USA | 005 | $4,075.95 | $0.00 | $0.00 |
| QUANTUM3 GROUP LLC | 006 | $0.00 | $0.00 | $284.76 |
| ARMY & AIR FORCE EXCHANGE SERVICES | 007 | $0.00 | $0.00 | $3,193.73 |
| ARMY & AIR FORCE EXCHANGE SERVICES | 007 | $629.00 | $0.00 | $0.00 |
| AMERICAN INFOSOURCE LP as agent for | 008 | $0.00 | $0.00 | $1,770.54 |
| MIDLAND FUNDING, LLC | 009 | $0.00 | $0.00 | $931.33 |
| AFNI, INC | 010 | $0.00 | $0.00 | $848.22 |
| QUANTUM3 GROUP LLC | 011 | $0.00 | $0.00 | $5,447.04 |
| FEDLOAN SERVICING | 012 | $0.00 | $0.00 | $31,858.23 |
| LVNV FUNDING, LLC | 013 | $0.00 | $0.00 | $686.56 |
| USA DISCOUNTERS | 014 | $0.00 | $0.00 | $5,854.36 |
| USA DISCOUNTERS | 014 | $6,000.00 | $0.00 | $0.00 |
| NAVIENT SOLUTIONS, INC. | 015 | $0.00 | $0.00 | $6,163.51 |
| CENTRAL STATE RECOVERY | 200 | $0.00 | $0.00 | $0.00 |
| EASTERN ACCOUNT SYSTEM | 201 | $0.00 | $0.00 | $0.00 |

| | | | | |
|---|---|---|---|---|
| MERCHANTS & MED. ADJUSTMENT | 202 | $0.00 | $0.00 | $0.00 |
| PIONEER FINANCIAL SERVICES | 203 | $0.00 | $0.00 | $0.00 |
| ASSOCIATED RECEIVABLES | 204 | $0.00 | $0.00 | $0.00 |
| CAINE & WEINER | 205 | $0.00 | $0.00 | $0.00 |
| CREDITORS COLLECTION SERVICE | 206 | $0.00 | $0.00 | $0.00 |
| EASTERN ACCOUNT SYSTEM | 207 | $0.00 | $0.00 | $0.00 |
| GENERAL REVENUE CORP. | 208 | $0.00 | $0.00 | $0.00 |
| MERCHANTS & MED. ADJUSTMENT | 209 | $0.00 | $0.00 | $0.00 |
| SCA COLLECTIONS | 210 | $0.00 | $0.00 | $0.00 |
| UNIVERSITY OF PHOENIX | 211 | $0.00 | $0.00 | $0.00 |
| VAN-ALAN H. SHIMA, ESQ. | 799 | $3,200.00 | $0.00 | $0.00 |