```
                              United States Bankruptcy Court
                                    District of Hawaii
In re:                                                            Case No. 14-00476-rjf
Kori Germaine Jordan                                              Chapter 13
Tangela Evette Jordan
         Debtors
                                    CERTIFICATE OF NOTICE
District/off: 0975-1          User: darlene             Page 1 of 2            Date Rcvd: Sep 29, 2014
                              Form ID: pdf136           Total Noticed: 44


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 01, 2014.
db/jdb       +Kori Germaine Jordan,    Tangela Evette Jordan,    1228 Hewitt Street,    Wahiawa, HI 96786-7543
smg           Hawaii State Tax Collector,    Attn: Bankruptcy Unit,    P.O. Box 259,   Honolulu, HI 96809-0259
1256032      +Affinity Law Group, LLLC,    1188 Bishop St., Ste. 3408,    Honolulu, HI 96813-3314
1253115      +Caine & Weiner,   P.O. Box 5010,    Woodland Hills, CA 91365-5010
1253116      +Central State Recovery,    1314 N. Main St.,   Hutchinson, KS 67501-4002
1253117      +Central States,   P.O. Box 3130,    Hutchinson, KS 67504-3130
1253118      +Comenity Bank,    P.O. Box 182789,   Columbus, OH 43218-2789
1253119      +Credit Management,    4200 International Pkwy.,   Carrollton, TX 75007-1912
1253676      +Credit Management, LP,    4200 International Parkway,   Carrollton, TX 75007-1912
1253121      +Creditors Collection Service,    4530 Old Cave Spring Rd.,    Roanoke, VA 24018-3423
1253122      +Eastern Account System,    75 Glen Rd., Ste. 110,    Sandy Hook, CT 06482-1175
1264299       FedLoan Servicing,    P.O. Box 69184,   Harrisburg, PA 17106-9184
1253123      +Federal Loan Servicing Credit,    P.O. Box 60610,   Harrisburg, PA 17106-0610
1253124     #+General Revenue Corp.,    11501 Northlake Dr.,   Cincinnati, OH 45249-1618
1253125      +Merchants & Medical Adjustment,    321 Main St. S.,   Tifton, GA 31794-4897
1253126      +Mid Continental Credit Svcs.,    3161 N. Rock Rd., Ste. B,    Wichita, KS 67226-1312
1259959      +Midland Credit Management, Inc.,    as agent for MIDLAND FUNDING LLC,     PO Box 2011,
               Warren, MI 48090-2011
1270960       Navient Solutions, Inc.,    Department of Education Loan Services,    P.O. Box 9635,
               Wilkes-Barre, PA 18773-9635
1255495      +OMNI Financial,    P.O. Box 44215,   Las Vegas, NV 89116-2215
1253128      +Omni Financial of Nevada,    P.O. Box 1813,   New Rochelle, NY 10802-1813
1253129      +Omni Military Loans,    P.O. Box 9731,   Las Vegas, NV 89191-0731
1253131      +Pioneer / Mid Country Bank,    4000 S. Eastern Ave., Ste. 300,     Las Vegas, NV 89119-0826
1253130      +Pioneer MCB,    3240 E. Tropicana,   Las Vegas, NV 89121-7316
1254383      +Pioneer Military Lending Bankruptcy Dept.,     4700 Belleview, Ste. 300,
               Kansas City, MO 64112-1359
1253135      +Santander Consumer USA,    8585 N. Stemmons Fwy., Ste. 1000,    Dallas, TX 75247-3822
1256839      +Santander Consumer USA,    Po Box 560284,   Dallas, TX 75356-0284
1253134      +Santander Consumer USA,    5201 Rufe Snow Dr.,   N. Richland Hills, TX 76180-6036
1266105       USA Discounters,    PO Box 8370,   Virginia Beach, VA 23450-8370
1253138      +USA Discounters Credit,    3320 Holland Rd.,   Virginia Beach, VA 23452-4826
1253137      +University of Phoenix,    4615 E. Elwood St.,   Phoenix, AZ 85040-1908

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
1253113      +E-mail/PDF: recoverybankruptcy@afninet.com Sep 30 2014 02:42:57      AFNI,   P.O. Box 3097,
               Bloomington, IL 61702-3097
1261342      +E-mail/PDF: recoverybankruptcy@afninet.com Sep 30 2014 02:42:57      Afni, Inc,   PO Box 3667,
               Bloomington, IL 61702-3667
1258360       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 30 2014 02:49:14
               American InfoSource LP as agent for,    Verizon,   PO Box 248838,
               Oklahoma City, OK 73124-8838
1257758      +E-mail/Text: BankruptcyNotices@aafes.com Sep 30 2014 02:40:27
               Army & Air Force Exchange Services,    c/o Bass & Associates, P.C.,
               3936 E. Ft. Lowell Rd, Suite #200,    Tucson, AZ 85712-1083
1253114      +E-mail/Text: kleehenson@aol.com Sep 30 2014 02:40:39      Associated Receivables,
               P.O. Box 212249,    Augusta, GA 30917-2249
1253127       E-mail/Text: BankruptcyNotices@aafes.com Sep 30 2014 02:40:27      Military Star,
               3911 S. Walton Walker Blvd.,    Dallas, TX 75236
1253112      +E-mail/Text: BankruptcyNotices@aafes.com Sep 30 2014 02:40:27      Army / Air Force Exchange,
               P.O. Box 650410,    Dallas, TX 75265-0410
1253120      +E-mail/Text: CSIREQ@CREDITSYSTEMSINTL.COM Sep 30 2014 02:40:48      Credit Systems International,
               1277 Country Club Ln.,    Fort Worth, TX 76112-2304
1265374       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 30 2014 02:43:25
               LVNV Funding, LLC its successors and assigns as,     assignee of Arrow Financial Services,,
               LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
1253132      +E-mail/Text: bkpioneer@pioneerservices.com Sep 30 2014 02:40:36      Pioneer Financial Services,
               4000 S. Eastern Ave., Ste. 300,    Las Vegas, NV 89119-0826
1262234       E-mail/Text: bnc-quantum@quantum3group.com Sep 30 2014 02:40:36
               Quantum3 Group LLC as agent for,    Pioneer Services,   PO Box 788,    Kirkland, WA 98083-0788
1256855       E-mail/Text: bnc-quantum@quantum3group.com Sep 30 2014 02:40:35
               Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,    Kirkland, WA 98083-0788
1253136      +E-mail/Text: bcreech@scacollections.com Sep 30 2014 02:40:44      SCA Collections,
               P.O. Box 876,    Greenville, NC 27835-0876
1253133      +E-mail/PDF: pa_dc_claims@navient.com Sep 30 2014 02:42:56      Sallie Mae,   P.O. Box 9635,
               Wilkes Barre, PA 18773-9635
                                                                                              TOTAL: 14
```

```
District/off: 0975-1           User: darlene          Page 2 of 2            Date Rcvd: Sep 29, 2014
                               Form ID: pdf136        Total Noticed: 44
```

          ***** BYPASSED RECIPIENTS (continued) *****

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
1253139       ##+Verizon Wireless,    Bankruptcy Admin. Dept.,    P.O. Box 3397,    Bloomington, IL 61702-3397
                                                                                  TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2014                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 29, 2014 at the address(es) listed below:
              Howard M.S. Hu    Ch13mail@aol.com,   hhu1h13@ecf.epiqsystems.com
              Office of the U.S. Trustee.    ustpregion15.hi.ecf@usdoj.gov
              Van-Alan H. Shima    on behalf of Debtor Kori Germaine Jordan vshima@affinitylaw.com,
               vanshima@gmail.com;vhs.bankruptcy@gmail.com;storage2008@gmail.com;vshima@ecf.inforuptcy.com;stora
               ge2008@ecf.inforuptcy.com
              Van-Alan H. Shima    on behalf of Joint Debtor Tangela Evette Jordan vshima@affinitylaw.com,
               vanshima@gmail.com;vhs.bankruptcy@gmail.com;storage2008@gmail.com;vshima@ecf.inforuptcy.com;stora
               ge2008@ecf.inforuptcy.com
                                                                                            TOTAL: 4

| Howard M. S. Hu, Chapter 13 Trustee<br>1132 Bishop Street, Suite 301<br>Honolulu, Hawaii 96813<br>Telephone: (808) 526-3083   Fax: (808) 531-8844 | For court use only |
|---|---|
| **UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF HAWAII** | Case No.: 14-00476<br>Chapter 13 |
| Debtor:     KORI JORDAN<br>and, if any,<br>Joint Debtor:   TANGELA JORDAN | |

### TRUSTEE'S NOTICE OF CLAIMS FILED AND INTENT TO MAKE DISTRIBUTIONS

TO THE DEBTOR AND DEBTOR'S ATTORNEY OF RECORD: VAN-ALAN H. SHIMA, ESQ.

The time for creditors to file timely proofs of claim has expired. Attached is a schedule of claims that have been filed in your case. This is being provided for informational purposes only and no representation is made that the claims are accurate in classification or amount. Pursuant to the Guidelines for Chapter 13 Procedures, the debtor and the debtor's attorney have a duty to examine the claims and to file an objection to the allowance of any improper claim.

Distributions under the plan will be made according to the classification and amount of claims as stated in the attached schedule, subject to a claim being amended, withdrawn, disallowed, or reclassified. Actual distributions are also subject to court determinations on valuation of collateral, avoidance of liens, stipulations allowing late-filed claims, and allowance of attorney fees. A creditor not filing a claim will not receive distributions under the plan.

An objection to a claim shall be filed and served not later than 30 days after the date of this notice, and set for hearing on the next date available for hearing Chapter 13 matters, in order to suspend payment on the claim pending a determination on the objection. If the objection is overruled, the court may provide for payment of any dividends not paid while the objection was pending. An objection may be filed later than 30 days after the service of this notice, but payments on the claim will continue, pending a determination on the objection.

Dated:  September 29, 2014                                    /s/ Howard M. S. Hu___
                                                                                    Chapter 13 Trustee

13TR 501            1/1/01            code: TNC                                                                    Page 1

U.S. Bankruptcy Court - Hawaii   #14-00476   Dkt # 27   Filed  10/01/14   Page 3 of 5

Debtor: KORI JORDAN
Joint Debtor: TANGELA JORDAN
Case Number: 14-00476

| Creditor Name | Claim | Secured/Admin | Priority Unsecured | General Unsecured |
|---|---|---|---|---|
| CREDIT MANAGEMENT, LP | 001 | $0.00 | $0.00 | $221.54 |
| PIONEER MILITARY LENDING DIV | 002 | $0.00 | $0.00 | $5,645.78 |
| OMNI FINANCIAL | 003 | $0.00 | $0.00 | $9,851.16 |
| SANTANDER CONSUMER USA | 005 | $4,075.95 | $0.00 | $0.00 |
| QUANTUM3 GROUP LLC | 006 | $0.00 | $0.00 | $284.76 |
| ARMY & AIR FORCE EXCHANGE SERVICES | 007 | $0.00 | $0.00 | $3,193.73 |
| ARMY & AIR FORCE EXCHANGE SERVICES | 007 | $629.00 | $0.00 | $0.00 |
| AMERICAN INFOSOURCE LP as agent for | 008 | $0.00 | $0.00 | $1,770.54 |
| MIDLAND FUNDING, LLC | 009 | $0.00 | $0.00 | $931.33 |
| AFNI, INC | 010 | $0.00 | $0.00 | $848.22 |
| QUANTUM3 GROUP LLC | 011 | $0.00 | $0.00 | $5,447.04 |
| FEDLOAN SERVICING | 012 | $0.00 | $0.00 | $31,858.23 |
| LVNV FUNDING, LLC | 013 | $0.00 | $0.00 | $686.56 |
| USA DISCOUNTERS | 014 | $0.00 | $0.00 | $5,854.36 |
| USA DISCOUNTERS | 014 | $6,000.00 | $0.00 | $0.00 |
| NAVIENT SOLUTIONS, INC. | 015 | $0.00 | $0.00 | $6,163.51 |
| CENTRAL STATE RECOVERY | 200 | $0.00 | $0.00 | $0.00 |
| EASTERN ACCOUNT SYSTEM | 201 | $0.00 | $0.00 | $0.00 |

| | | | | |
|---|---|---|---|---|
| MERCHANTS & MED. ADJUSTMENT | 202 | $0.00 | $0.00 | $0.00 |
| PIONEER FINANCIAL SERVICES | 203 | $0.00 | $0.00 | $0.00 |
| ASSOCIATED RECEIVABLES | 204 | $0.00 | $0.00 | $0.00 |
| CAINE & WEINER | 205 | $0.00 | $0.00 | $0.00 |
| CREDITORS COLLECTION SERVICE | 206 | $0.00 | $0.00 | $0.00 |
| EASTERN ACCOUNT SYSTEM | 207 | $0.00 | $0.00 | $0.00 |
| GENERAL REVENUE CORP. | 208 | $0.00 | $0.00 | $0.00 |
| MERCHANTS & MED. ADJUSTMENT | 209 | $0.00 | $0.00 | $0.00 |
| SCA COLLECTIONS | 210 | $0.00 | $0.00 | $0.00 |
| UNIVERSITY OF PHOENIX | 211 | $0.00 | $0.00 | $0.00 |
| VAN-ALAN H. SHIMA, ESQ. | 799 | $3,200.00 | $0.00 | $0.00 |